# EXHIBIT 1

 **CT Corporation**

**Service of Process Transmittal**
02/09/2018
CT Log Number 532774324

| | |
|---|---|
| **TO:** | Oni Holley, Assistant General Counsel<br>U.S. Security Associates, Inc.<br>200 Mansell Court, Fifth Floor<br>Roswell, GA 30076-4852 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | U.S. Security Associates, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Kathy Krebs, Pltf. vs. U.S. Security Associates, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Return, Original Petition |
| **COURT/AGENCY:** | 23rd District Court Brazoria County, TX<br>Case # 95237CV |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 06/10/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/09/2018 postmarked on 02/07/2018 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after you were served (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Eric T. Furey<br>GILBERT & FUREY<br>7 West Way Court, Suite A<br>Lake Jackson, TX 77566<br>979-297-1222 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/10/2018, Expected Purge Date: 02/15/2018<br><br>Image SOP<br><br>Email Notification,  Diane Raidt  draidt@ussecurityassociates.com<br><br>Email Notification,  Sarah Walsh  swalsh@ussecurityassociates.com<br><br>Email Notification,  Oni Holley  oholley@ussecurityassociates.com<br><br>Email Notification,  Heather Shively  hshively@ussecurityassociates.com<br><br>Email Notification,  Jacqueline Pendleton  jpendleton@ussecurityassociates.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |

Page 1 of  2 / HP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# Service of Process Transmittal
02/09/2018
CT Log Number 532774324

| | |
|---|---|
| **TO:** | Oni Holley, Assistant General Counsel<br>U.S. Security Associates, Inc.<br>200 Mansell Court, Fifth Floor<br>Roswell, GA 30076-4852 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | U.S. Security Associates, Inc.  (Domestic State: DE) |
| **TELEPHONE:** | 214-932-3601 |

Page 2 of  2 / HP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



RHONDA BARCHAK, District Clerk
Brazoria County
111 E. LOCUST Ste 500
ANGLETON, TX 77515-4678



CERTIFIED MAIL®

U.S. POSTAGE ›› PITNEY BOWES
ZIP 77515
02 4W
$ 006.88⁰
0000347811 FEB. 07. 2018

9414 7266 9904 2111 9876 64

U.S. Security Associates, Inc.
By serving it's Registered Agent
CT Corporation System
1999 Bryan St., Suite 900
Dallas, TX 75201-3136

Service I.D. No. 106645

THE STATE OF TEXAS

CAUSE NO. 95237-CV
23rd District Court
Kathy Krebs
vs.
U.S. Security Associates, Inc.

To:  U.S. Security Associates, Inc.                                                                  Defendant
     By serving it's Registered Agent
     CT Corporation System
     1999 Bryan St., Suite 900
     Dallas, TX 75201-3136

Notice:
     You have been sued. You may employ an attorney. If you or your Attorney do not file a written answer with the Clerk who issued this Citation by **10:00 a.m.** on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Original Petition**, a Default Judgment may be taken against you. If filing Pro Se, said answer may be filed by mailing same to: Brazoria County District Clerk's office, 111 E. Locust, Suite 500, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address.

     The case is presently pending before the **23rd District Court** of Brazoria County sitting in Angleton, Texas, 77515 and was filed on the **5th day of February, 2018.**

     The name and address of the attorney filing this action (or party, if pro se') is **Eric T. Furey, Gilbert & Furey, 7 West Way Court, Suite A, Lake Jackson, TX 77566.**

---

CERTIFICATE OF DELIVERY BY MAIL

     I hereby certify that on the **6th day of February, 2018,** at **10:00 am** I mailed to U.S. Security Associates, Inc. by certified mail a true copy of this Citation with a copy of the **Plaintiff's Original Petition** attached hereto.

     Issued under and given under my hand and seal of said Court, at Angleton, Texas, on the **6th day of February, 2018.**

**RHONDA BARCHAK, DISTRICT CLERK**
**Brazoria County, Texas**

By _/s/ Brandi Anderson_ Deputy
   Brandi Anderson



Citation by R/A by Certified Mail

**SERVICE COPY**

Service I.D. No. 106645

CAUSE No. 95237-CV
23rd District Court
Kathy Krebs vs. U.S. Security Associates, Inc.

**OFFICER'S RETURN BY MAIL**

I hereby certify that on the _____ day of _____, 20____, the Defendant was served by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached thereto. Return receipt attached hereto.

OR

This citation was not executed for the following reason:
_____
_____
_____

RHONDA BARCHAK, DISTRICT CLERK

By _____, Deputy

ATTACH
RETURN
RECEIPT
WITH
ADDRESSEE'S SIGNATURE

Citation by R/A by Certified Mail

# EXHIBIT 2

Filed for Record
2/5/2018 11:20 AM
Rhonda Barchak, District Clerk
Brazoria County, Texas
95237-CV
Kristie Wiley, Deputy

NO. 95237-CV

| | | |
|---|---|---|
| **KATHY KREBS** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| V. | § | \_\_\_\_**JUDICIAL DISTRICT** |
| | § | |
| **U.S. SECURITY ASSOCIATES, INC.** | § | |
| **Defendant.** | § | **BRAZORIA COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

Kathy Krebs, Plaintiff, complains of U.S. Security Associates, Inc., Defendant, and shows the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 3 and requests that the Court enter an appropriate docket control order.

### PARTIES AND SERVICE

2. Plaintiff is an individual whose resides in Brazoria County, Texas.

3. The last three numbers of Plaintiff's social security number are 348. The last three numbers of Plaintiff's driver's license number are 463.

4. Defendant, U.S. Security Associates, Inc., is a foreign corporation registered to do business in Texas and may be served with process by serving it registered agent CT Corporation System at 1999 Bryan St., Suite 900, Dallas, TX 75201-3136.

### JURISDICTION AND VENUE

5. The subject matter in controversy is within the jurisdictional limits of this court.

6. Plaintiff seeks monetary relief over $200,000 but not more than $1,000,000.

7. Venue in Brazoria County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or

omissions giving rise to this lawsuit occurred in this county.

## FACTS

8. On or about June 10, 2017, the Plaintiff was commuting to her job as an employee of a contractor at the Dow Chemical Company facility in Freeport, Texas. The Defendant, U.S. Security Associates, Inc., provides security guard services at this facility. The Plaintiff's commute requires her to pass through an entrance that is manned by employees of the Defendant. This entrance has, among other security features, a GRAB Gate (Ground Retractable Automobile Barrier) which is a robust barrier designed to prevent cars and trucks from crashing though gates and into protected facilities. The GRAB Gate can be lowered into the road surface to allow vehicles to enter and exit and can be raised to prevent vehicles from passing. The GRAB Gate at the entrance through which the Plaintiff passed on this day was operated by employees of the Defendant.

9. On the morning of the accident, the Plaintiff stopped at the gate, followed the required "badging-in" procedures, and was cleared to proceed by the Defendant's employee who was at all times acting in the course and scope of her duties as an employee of the Defendant. However, the Defendant's employee made errors in her operation of the GRAB Gate causing it to rise violently from the roadway below the Plaintiff's car. The force of the impact injured the Plaintiff and caused the damages about which she complains.

## PLAINTIFF'S CLAIM OF
## NEGLIGENCE AGAINST DEFENDANT

10. Defendant had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described.

11. Plaintiff's injuries were proximately caused by Defendant's negligent, careless, and reckless disregard of this duty.

12. The negligent, careless, and reckless disregard of duty of Defendant consisted of, but is not limited to, the following acts and omissions:

    A. The failure to operate the GRAB Gate in an appropriate and safe manner;

    B. The failure to properly train, supervise, and instruct its employees in the proper and safe procedures for operating the GRAB Gate; and

    C. The failure to act as a reasonably prudent person would under the same or similar circumstances;

## DAMAGES

13. As a direct and proximate result of the occurrence made the basis of this lawsuit, the Plaintiff suffered severe personal injuries and incurred the following damages:

    A. Reasonable medical care and expenses in the past;

    B. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

    C. Physical pain and suffering in the past;

    D. Physical pain and suffering in the future;

    E. Physical impairment in the past;

    F. Physical impairment which, in all reasonable probability, will be suffered in the future;

    G. Loss of earnings in the past;

    H. Loss of earning capacity which will, in all probability, be incurred in the future;

    I. Mental anguish in the past; and

    J. Mental anguish in the future.

## REQUESTS FOR DISCLOSURE

14. Plaintiff request that the Defendant disclose the information set out in

Texas Rule of Civil Procedure 194.2 within 50 days of service of this Petition.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

GILBERT & FUREY

By: /s/ *Eric T. Furey*
Eric T. Furey
Texas Bar No. 07553900
Email: efurey@gilbertfurey.com
7 West Way Court, Suite A
Lake Jackson, TX 77566
Tel. (979) 297-1222
Fax. (979) 480-0887
Attorney for Plaintiff

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

Filed for Record
3/5/2018 12:00 AM
Rhonda Barchak, District Clerk
Brazoria County, Texas
95237-CV
Angela Bradford, Deputy

No. 95237-CV

| | | |
|---|---|---|
| **KATHY KREBS** § | | **IN THE DISTRICT COURT** |
| Plaintiff, § | | |
| § | | |
| v. § | | **23rd JUDICIAL DISTRICT** |
| § | | |
| **U.S. SECURITY ASSOCIATES, INC.** § | | |
| Defendants. § | | **OF BRAZORIA COUNTY, TEXAS** |

### DEFENDANT U.S. SECURITY ASSOCIATES, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

COMES NOW, Defendant U.S. SECURITY ASSOCIATES, INC. (hereinafter referred to as "Defendant") and files its Original Answer to Plaintiff KATHY KREBS' Original Petition, and in support thereof, would respectfully show the Court as follows:

### I.
### GENERAL DENIAL

1. As authorized by Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a general denial of matters pleaded by Plaintiff's claims and requests that the Court require Plaintiff to prove her allegations by a preponderance of the evidence and by clear and convincing evidence, where appropriate, as required by the Constitution and laws of the State of Texas.

### II.
### JURY DEMAND

2. Defendant respectfully demands a trial by jury on all contested issues of fact.

WHEREFORE PREMISES CONSIDERED, Defendant, U.S. SECURITY ASSOCIATES, INC., prays that upon final hearing hereof, Plaintiff take nothing by way of her Petition, and any revised, amended, and/or subsequently filed Petition, in this cause, and that Defendant have judgment in its favor over and against Plaintiff and such other and further relief as to which Defendant may show itself justly entitled.

1

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI**

By: _____*/s/      Jeffrey R Lilly*_____
    Jeffrey R. Lilly
    State Bar No. 00787905
    jlilly@grsm.com
    Telephone: (512) 582-6487

    Jared L. Byrd
    State Bar No. 24078295
    jbyrd@grsm.com
    Telephone: (512) 582-6473

816 Congress Avenue, Suite 1510
Austin, Texas  78701
Telephone: (512) 391-0197
Fax: (512) 391-0183

**ATTORNEYS FOR DEFENDANT**
**U.S. SECURITY ASSOCIATES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Defendant U.S. SECURITY ASSOCIATES, INC.'s Original Answer to Plaintiffs' Original Petition has been served on all counsel of record in accordance with the Texas Rules of Civil Procedure on this the 2nd day of March, 2018.

**Via E-Service**

Eric T. Furey
Gilbert & Furey
7 West Way Court, Suite A
Lake Jackson, TX 77566
979-297-1222

**ATTORNEYS FOR PLAINTIFF**

                                        /s/ *Jeffrey R. Lilly*
                                        Jeffrey R. Lilly

# CIVIL DOCKET - CAUSE NO. 95237-CV

## 23rd District Court

| NAMES OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING |
|---|---|---|---|
| **Kathy Krebs**<br>vs.<br>U.S. Security Associates, Inc. | ERIC T. FUREY — Pla Atty<br><br>— Def Atty | Injury or Damage -<br>Motor Vehicle | 02/05/2018<br><br>Jury Fee Paid: $<br>Paid by:<br>Date: |

| DATE | ORDERS |
|---|---|
|  |  |

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back                     Location : All Courts   Help

# REGISTER OF ACTIONS
### CASE NO. 95237-CV

| | | | |
|---|---|---|---|
| **Kathy Krebs vs. U.S. Security Associates, Inc.** | § § § § § | Case Type: | **Injury or Damage - Motor Vehicle** |
| | | Date Filed: | **02/05/2018** |
| | | Location: | **23rd District Court** |

---

#### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | U.S. Security Associates, Inc. | |
| | | |
| **Plaintiff** | Krebs, Kathy | Eric T. Furey  *Retained*  979-297-1222(W) |

---

#### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 02/05/2018 | **Original Petition (1-10 Plaintiffs) (OCA)** | | |
| 02/05/2018 | **Case Information Sheet** | | |
| 02/05/2018 | **Request** | | |
| 02/05/2018 | **Docket Sheet** | | |
| 02/05/2018 | **Jury Fee Paid** | | |
| 02/06/2018 | **Citation by Certified Mail** | | |
| | U.S. Security Associates, Inc. | Served | 02/09/2018 |
| 02/12/2018 | **Service Returned** | | |
| 03/05/2018 | **Answer** | | |

# EXHIBIT 4

## INDEX OF MATTERS FILED

Exhibit 1     Citation of Service

Exhibit 2     Plaintiff's Original Petition

              Defendant U.S. Security Associates, Inc.'s Original Answer to Plaintiff's Original Petition

Exhibit 3     State Court Docket Sheet

Exhibit 4     Index of Matters Being Filed

Exhibit 5     All Counsel of Record

# EXHIBIT 5

## ALL COUNSEL OF RECORD

**ATTORNEYS FOR PLAINTIFF**
**KATHY KREBS**

Eric T. Furey
Texas Bar No. 07553900
**GILBERT & FUREY**
7 West Way Court, Suite A
Lake Jackson, TX 77566
(979) 297-1222 (Telephone)
(979) 480-0887 (Fascimile)
efurey@gilbertfurey.com

**ATTORNEYS FOR DEFENDANT**
**U.S SECURITY ASSOCIATES, INC.**

Jeffrey R. Lilly
Southern District ID No. 25873
Texas Bar No. 00787905
**GORDON REES SCULLY MANSUKHANI, LLP**
816 Congress Avenue, Suite 1510
Austin, Texas 78701
(512) 582-6487 (Telephone)
(512) 391-0183 (Facsimile)
jlilly@grsm.com
*Attorney in Charge*

**OF COUNSEL:**

Jared L. Byrd
Southern District ID No. 1495933
Texas Bar No. 24078295
**GORDON REES SCULLY MANSUKHANI, LLP**
816 Congress Avenue, Suite 1510
Austin, Texas 78701
(512) 582-6473 (Telephone)
(512) 391-0183 (Facsimile)
jbyrd@grsm.com