# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| **KATHY KREBS** § | |
|     **Plaintiff,** § | |
| § | **CAUSE NO. 3:18-CV-67** |
| **v.** § | |
| § | |
| **U.S. SECURITY ASSOCIATES, INC.** § | |
|     **Defendant.** § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Kathy Krebs (hereinafter referred to as "Plaintiff") and Defendant U.S. SECURITY ASSOCIATES, INC. (hereinafter referred to as "Defendant") and files this Joint Stipulation of Dismissal with Prejudice and in support thereof, would respectfully show the Court as follows:

1. The Parties to this suit have resolved their disputes and ask the Court to dismiss with prejudice all claims made in the above named lawsuit.

2. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby agree and stipulate to dismissal of this action with prejudice, with each side to bear its own costs and fees.

Respectfully submitted,

**THE FUREY LAW FIRM**

*/s/ Eric. T. Furey – By permission*
Eric T. Furey
Texas Bar No. 07553900
Federal I.D. No. 14622
7 West Way Court, Suite A
Lake Jackson, TX 77566
979-297-1222
eric@fureylawfirm.com
**ATTORNEYS FOR PLAINTIFF KATHY KREBS**

**AGREED:**

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Jeffrey R. Lilly*
   Jeffrey R. Lilly
   Southern District ID No. 25873
   State Bar No. 00787905
   jlilly@grsm.com
816 Congress Avenue, Suite 1510
Austin, Texas 78701
(512) 582-6487 (Telephone)
(512) 391-0183 (Facsimile)
*Attorney in Charge*

**OF COUNSEL:**

Jared L. Byrd
Southern District ID No. 1495933
State Bar No. 24078295
jbyrd@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
816 Congress Avenue, Suite 1510
Austin, Texas 78701
(512) 582-6473 (Telephone)
(512) 391-0183 (Facsimile)

**ATTORNEYS FOR DEFENDANT
U.S. SECURITY ASSOCIATES, INC.**

## CERTIFICATE OF CONFERENCE

I hereby certify that, on January 9, 2020, I conferred with Mr. Eric Furey regarding the substance of this motion. Mr. Furey indicated that he is agreed to the entry of this motion.

/s/  *Jared L. Byrd*
Jared L. Byrd

## CERTIFICATE OF SERVICE

I hereby certify that, on January 9, 2020 a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system and electronic mail:

**Via E-Service**

Eric T. Furey
Texas Bar No. 07553900
Federal I.D. No. 14622
**The Furey Law Firm**
7 West Way Court, Suite A
Lake Jackson, TX 77566
979-297-1222
eric@fureylawfirm.com
**ATTORNEYS FOR PLAINTIFF**

/s/  *Jared L. Byrd*
Jared L. Byrd