United States District Court
Southern District of Texas

**ENTERED**

January 10, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KATHY KREBS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-cv-00067 |
| | § | |
| U.S. SECURITY ASSOCIATES, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## JOINT STIPULATION OF DISMISSAL

On January 9, 2020, the plaintiff and defendant filed a Joint Stipulation of Dismissal With

Prejudice (Dkt. 24) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the

above-captioned and -numbered lawsuit are **DISMISSED WITH PREJUDICE** to re-filing.

Each party shall bear its own costs and attorneys' fees.

**THIS IS A FINAL JUDGMENT**

SIGNED at Galveston, Texas on this 10th day of January, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE